

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SHEREE WOODS-MULLINS, | § § § | |
| Plaintiff, | § § | **2-23CV-073-Z** |
| v. | § § | Civil Action No. _____ |
| CITY OF AMARILLO, | § § § | |
| Defendant. | § § | |

## COMPLAINT

Plaintiff,

1) is an indigent homeless woman with pending litigation 2:22-CV-231-Z before this court, and

2) the City of Amarillo, Defendant, owns property being leased for 20 years to Transformation Park, an unsuspecting faith-based homeless services provider, and

3) this property is contaminated from decades of use by various types of aromatic hydrocarbons, organic and inorganic solvents, acids, and other forms of hazardous and unremediated pollutants, and

4) most of these contaminants were used on-site for decades prior to any significant and coherent federal regulations regarding the misuse of these pollutants or their remediation, and

5) the Texas Commission on Environmental Quality (TCEQ) and their predecessor agencies, the Texas Natural Resources and Conservation Commission, the Texas Water Commission, and others have collected samples and maintain records of data sets indicating significant contamination with limited, if any, remediation, and

6) federal environmental regulations such as the National Environmental Policy Act (NEPA) not only allow, but require public participation in environmental restoration and clean-up,

scoping processes to facilitate this public process, and federal oversight of clean-up and remediation. The National Environmental Policy Act further incorporates a ranking system to construct a National Priorities List (NPL) for clean-up and restoration. To date, none of this has occurred. Plaintiff seeks relief and asks the court to order NEPA review, and

7) the federal Comprehensive Environmental Restoration and Liability Act (CERCLA) requires the property owner to indemnify affected parties. Plaintiff, a homeless woman, seeks relief for those similarly situated, and

8) the City of Amarillo is attempting to pass clean-up responsibility and liability on to a faith-based homeless services provider with a 20-year lease. Plaintiff seeks relief by asking the court to order full NEPA review enforcement of federal liability requirements, and

9) residents immediately adjacent to the property have died prematurely and the Centers for Disease Control's Agency for Toxic Substances and Disease Registry [(CDC) and (ATSDR)] have not been alerted. Plaintiff seeks relief and asks the court to order an ATSDR epidemiological study, and

10) ground-breaking occurs today, April 27, and signals the beginning of construction. Any unnecessary and additional disturbance of unremediated soil is inadvisable, aggravates the environmental impact, is premature, and frustrates the NEPA process, public participation and confidence. Plaintiff seeks relief and asks the court to issue a temporary restraining order under the provisions of Rule 65 (b) (A) and (B) of the Fed. R. of Civ. Proc.

Sheree Woods-Mullins

_____

200 S Tyler St.
Amarillo, TX 79101
(806) 640-9854