IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SHEREE WOODS-MULLINS,

    Plaintiff,

v.                                           2:23-CV-073-Z

CITY OF AMARILLO,

    Defendant.

## JUDGMENT

The undersigned United States District Judge has entered an order dismissing Plaintiff's case without prejudice.

Judgment is entered accordingly.

September 27, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE